(C.D. 4449)

IRVING M. SOBIN CHEMICAL CO., INC. *v.* UNITED STATES

Court No. 66/7962

(Dated June 25, 1973)

*Walter E. Doherty,* Jr., for the plaintiff.
*Harlington Wood, Jr.,* Assistant Attorney General (*Gilbert Lee Sandler,* trial attorney), for the defendant.

WATSON, Judge: For opinion see C.D. 4434.

(C.D. 4450)

IRVING M. SOBIN CHEMICAL CO., INC. *v.* UNITED STATES

Court No. 66/7963

(Dated June 25, 1973)

*Walter E. Doherty, Jr.,* for the plaintiff.
*Harlington Wood, Jr.,* Assistant Attorney General (*Gilbert Lee Sandler,* trial attorney), for the defendant.

WATSON, Judge: For opinion see C.D. 4434.